UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 02-263 (JMR/RLE) |
| | ) | |
| MERLYN BEKKERUS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER FOR JUDGMENT BY DEFAULT

Upon consideration of the United States' motion to correct judgment, or alternatively, for entry of judgment by default, and for good cause shown,

IT IS HEREBY ORDERED that the United States' motion to correct judgment, or alternatively, for entry of judgment by default is GRANTED; and

IT IS FURTHER ORDERED AND ADJUDGED that the United States is entitled to judgment by default in favor of the United States and against the defendant Merlyn Bekkerus in the amount of $65,729.45 as of November 12, 2001, for federal income tax, penalties, and interest assessed against him for tax period ended December 31, 1993, plus accrued interest, fees, and additional costs as allowed by law after November 12, 2001; and

FILED FEB 0 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 0 4 2003
DEPUTY CLERK

IT IS FURTHER ORDERED AND ADJUDGED that the Court finds the federal tax lien to be a valid and subsisting federal tax lien in favor of the United States on all property and rights to property, whether real or personal, belonging to Merlyn Bekkerus.

Entered this 31st day of January, 2003.

JAMES M. ROSENBAUM
UNITED STATES DISTRICT JUDGE

Prepared by:

Mary E. Bielefeld
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-9375